**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

     Plaintiff,                       Case No.:  1:24-cv-05753

v.                                     Judge Manish S. Shah

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 92 | Charles-Design |
| 105 | BaHang |
| 106 | Freewander |
| 107 | Thikin |
| 108 | bigcardesigns |
| 86 | PigBoss |
| 154 | WWking |
| 111 | Narumard |
| 15 | KHIESA |
| 75 | JingLanDianQi(7-20 Days Delivery) |
| 76 | TuXinYu ♥7-15 Days Standard Shipping♥ |
| 103 | tracY_07 |
| 113 | MAIDIS |
| 140 | CayMfault |
| 77 | Show TINE ON |
| 114 | SENQAO |
| 164 | Suebea Direct |
| 165 | MODAJIE |

| 71 | SUCX |
|---|---|
| 88 | Pulula |
| 138 | JstFiloM |
| 169 | CVHOUSE Bedding |
| 102 | FJPTREN |

DATED:  August 11, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 11, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt